Announced Wednesday, November 18

38603. James A. Matash, appellee v. The State of Ohio, Dept. of Ins., appellant. Trumbull County. Appeal from the Court of Appeals. Judgment affirmed. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith, Herbert and Gibson, JJ., concur.

38619. The State, ex rel. Edwin Miller v. John Price et al. In Mandamus. Demurrer to petition overruled. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith, Herbert and Gibson, JJ., concur.

38963. Norman J. Humphrey et al., appellants v. Peter Pantaze, Inc., et al., appellees. Hamilton County. Appeal from the Court of Appeals. Dismissed, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith, Herbert and Gibson, JJ., concur.

38995. Benjamin Thomas Guerrieri, appellant v. The State of Ohio et al., appellees. Mahoning County. Appeal from the Court of Appeals. Dismissed, s.s., no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith, Herbert and Gibson, JJ., concur.

39002. The State of Ohio, appellee v. Sam Bellitto, appellant. Cuyahoga County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith, Herbert and Gibson, JJ., concur.

39003. The State of Ohio, appellee v. Josephine Bellitto, appellant. Cuyahoga County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith, Herbert and Gibson, JJ., concur.

39010. James R. Evans, appellant v. Board of Embalmers and Funeral Directors of Ohio, appellee. Summit County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith and Herbert, JJ., concur.

39011. The State, ex rel. Donald D. Cook, Dir., Dept. of Liquor Control, appellee v. Charles Lakis, d. b. a. Mickey's Lounge Bar, appellant. Cuyahoga County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Troop, O'Neill, Griffith, Herbert and Gibson, JJ., concur.

39046. The State, ex rel. Harvey W. Waller v. Medical Bd. of the State of Ohio. In Mandamus. Demurrer to petition sustained and ten days given to plead further.

39092. Johnnie Lee Ephrin v. E. L. Maxwell, Warden. In Habeas Corpus. Petitioner remanded to custody. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith, Herbert and Gibson, JJ., concur.

39146. Kimberly-Clark Corp., appellee v. Louis J. Schneider, Jr., Tax Commr., appellant. Appeal from the Board of Tax Appeals. Dismissed on application of appellant.